UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for U.S. Bank Trust Company, National Association,
as Trustee, as successor-in-interest to U.S. Bank National
Association, as Trustee f/b/o holders of Structured Asset
Mortgage Investments II Inc., Bear Stearns ALT-A Trust,
Mortgage Pass-Through Certificates, Series 2006-3

Case No: 26-15640 SLM

Chapter: 13

Judge: Stacey L. Meisel

In Re:
Rony Villamar-Kuffo

                    Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-3.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 05/22/2026

/s/ *Matthew Fissel*
Matthew Fissel
22 May 2026, 11:37:34, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 1f23fb3995816b48932bc48932676c1e75f413efc847fd44cde035637baf666e