Form oscmlfee − oscmlfeev27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−15640−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rony Villamar−Kuffo
    222 53rd Street
    West New York, NJ 07093

Social Security No.:
    xxx−xx−4766

Employer's Tax I.D. No.:

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
### DISMISSED FOR FAILURE TO MAKE INSTALLMENT
### PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑        An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 06/19/2026 in the amount of $ 78.25 has not been received by the Clerk,

☐        The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Stacey L. Meisel on:

    Date: July 14, 2026
    Time: 10:00 AM
    Location: Meeting to be held by phone, visit www.court−solutions.com, or www.njb.uscourts.gov, for more information.

to show cause why the case should not be dismissed.

If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom.

Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

Dated: June 22, 2026
JAN: dlr

Stacey L. Meisel
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-15640-SLM

Rony Villamar-Kuffo                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                 Page 1 of 2

Date Rcvd: Jun 22, 2026                      Form ID: oscmlfee                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Rony Villamar-Kuffo, 222 53rd Street, West New York, NJ 07093-2610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

**Recip ID              Notice Type: Email Address              Date/Time                Recipient Name and Address**
smg                 +  Email/Text: ustpregion03.ne.ecf@usdoj.gov

                                                                Jun 22 2026 23:22:00     United States Trustee, Office of the United States
                                                                                         Trustee, 1085 Raymond Blvd., One Newark
                                                                                         Center, Suite 2100, Newark, NJ 07102-5235

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

**Name                    Email Address**

Marie-Ann Greenberg
                         magecf@magtrustee.com

Matthew K. Fissel
                         on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                         Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear S bkgroup@kmllawgroup.com,
                         matthew.fissel@brockandscott.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                            User: admin                                    Page 2 of 2
Date Rcvd: Jun 22, 2026                    Form ID: oscmlfee                            Total Noticed: 2

TOTAL: 3