Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26–15640–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rony Villamar–Kuffo
222 53rd Street
West New York, NJ 07093

Social Security No.:
xxx–xx–4766

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 27, 2026                      Stacey L. Meisel
                                         Judge, United States Bankruptcy Court